## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSANDRA BAKER, CORRINE MORRIS, and all others similarly situated, | CIVIL ACTION No.: 17-4274 |
| Plaintiffs, | |
| vs. | |
| GLENN M. ROSS, P.C. and GLENN M. ROSS | |
| Defendants. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR PROVISIONAL CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

Plaintiffs move this Honorable Court to preliminarily approve settlement of this class action, pursuant to Federal Rule of Civil Procedure 23(e). The parties' proposed settlement agreement is attached as Exhibit A. The parties' proposed notice to the class is attached as Exhibit B.  In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law.

Dated: August 31, 2018

Respectfully submitted,

/s/  George A. Donnelly
George A. Donnelly, Esq.

Nicholas E. Chimicles (Bar No. 17928)
Alison Gabe Gushue (Bar No. 203669)
CHIMICLES & TIKELLIS, LLP
361 West Lancaster Ave
One Haverford Centre
Haverford, PA 19041
(610) 642-8500

Mary M. McKenzie, Esq. (Bar No. 47434)
Daniel Urevick-Ackelsberg, Esq.
(Bar No. 307758)
George. A. Donnelly, Esq. (Bar No. 321317)
PUBLIC INTEREST LAW CENTER
1709 Benjamin Franklin Parkway, 2nd Floor
Philadelphia, PA 19103
(215) 627-7100

Charles M. Delbaum
*Admitted Pro Hace Vice*
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010