UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSANDRA BAKER,<br>and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>GLENN M. ROSS, P.C. and GLENN M. ROSS<br><br>        Defendants. | CIVIL ACTION<br><br>No.: 17-4274 |

### PLAINTIFFS' RESPONSE TO PETITIONER ALINA VOLKOVA-BURDA'S MOTION TO ADD ADDITIONAL PLAINTIFF

For the second time, petitioner Alina Volkova-Burda seeks to intervene in the motion and be added as a plaintiff in this action. This Court should again deny the motion.

On February 20, Ms. Volkova-Burda filed a motion to intervene and be added as a plaintiff in this action. ECF No. 17. On February 21, Ms. Volkova-Burda filed a second copy of her motion, attaching correspondence in support of the motion. ECF No. 18. On February 23, this Court denied the motion, holding that the then-proposed class definition was of Philadelphia consumers, but that Ms. Volkova-Burda is "a resident of Montgomery County," and therefore "does not fall within the purported class." ECF No. 20.[1]

No underlying facts have meaningfully changed since this Court's ruling. On September 12, 2018, the Court provisionally certified the following class:

---

[1] As shown in the correspondence attached to Ms. Volkova-Burda's February 21 filing, her claims against Defendants appear to relate to condominium fees on a property located in King of Prussia, Pennsylvania, which is located within Montgomery County.

> All Philadelphia Residential Tenants who at any time between September 26, 2016 and March 14, 2018 (inclusive) were sued in Landlord-Tenant Court by Defendants, for leases identified as commencing on or after October 12, 2011, where that Complaint demanded moneys for tenancy periods prior to the tenant's receipt of a Certificate of Rental Suitability issued by the City of Philadelphia.

ECF No. 37 (emphasis added). As such, Ms. Volkova-Burda's claims continue to fall outside of the class, which is limited to claims concerning properties within Philadelphia County. Therefore, Plaintiffs and Class Counsel do not represent Ms. Volkova-Burda.[2] Moreover, Plaintiffs do not intend to alter or amend the class definition to include Ms. Volkova-Burda's claims or any claims concerning properties located outside of Philadelphia County.

On these grounds, Plaintiffs oppose the motion. Plaintiffs have no opinion on the merits of Ms. Volkova-Burda's individual claims, which she is free to pursue separately with her own counsel.[3]

---

[2] Separately, Plaintiffs' counsel declined to represent Ms. Volkova-Burda in writing on January 2, 2018 on the same grounds.

[3] The Court may also deny the motion on another grounds. Mr. Burda, an apparent non-lawyer, seeks to use a power of attorney to represent Ms. Volkova-Burda here. A power of attorney, however, "does not empower the individual holding power of attorney to actually practice law." *Leyfert v. Pa. House of Representatives*, No. 05-4700, 2005 U.S. Dist. LEXIS 32498, at *7 (E.D. Pa. Dec. 13, 2005).

Dated:  October 12, 2018                          Respectfully submitted,

   /s/ Daniel Urevick-Ackelsberg

| | |
|---|---|
| Charles M. Delbaum | Mary M. McKenzie, Esq. (Bar No. 47434) |
| Admitted Pro Hac Vice | Daniel Urevick-Ackelsberg, Esq. |
| NATIONAL CONSUMER LAW CENTER | (Bar No. 307758) |
| | PUBLIC INTEREST LAW CENTER |
| 7 Winthrop Square, 4th Floor | 1709 Benjamin Franklin Parkway, 2nd Floor |
| Boston, MA 02110 | Philadelphia, PA 19103 |
| (617) 542-8010 | (215) 627-7100 |

Nicholas E. Chimicles (Bar No. 17928)
Alison Gabe Gushue (Bar No. 203669)
CHIMICLES & TIKELLIS, LLP
361 West Lancaster Ave
One Haverford Centre
Haverford, PA 19041

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that a true and correct copy of the foregoing Notice of Appearance was electronically filed through the court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

A copy will be separately sent via first class mail to Steven Burda and Alina Volkova-Burda, at 1171 Thrush Lane, Audobon, PA 19403.

Dated:  October 12, 2018               /s/ Daniel Urevick-Acklesberg
                                       Daniel Urevick-Acklesberg, Esq.