UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Cassandra Baker,** and all other similarly situated, Plaintiffs, vs. **GLENN M. ROSS, P.C.** and **GLENN M. ROSS** Defendants. | CLASS ACTION<br><br>Civil Case No. 2:17-cv-04274-HB<br><br>**MOTION TO ADD ADDITIONAL PLAINTIFF** |

Intervenor/Petitioner similarly situated:
**Steven Burda**

---

### Petitioner's Motion/Application to Add Additional Plaintiff

1. At the present time, the *Class Action* against Glenn M. Ross, P.C. and Glenn M. Ross is pending at Civil Case No. 2:17-cv-04274-HB, arising from gross violation of **FDCPA**.

2. Petitioner Steven Burda, acting as an official P.O.A. for Alina Volkova-Burda, is similarly situated with similar claims *against* Glenn M. Ross, P.C. and Glenn M. Ross.

3. Because this is a class action lawsuit, the Petitioner would like to be added as additional plaintiff to the instant matter, and all parties have been **served** with this filing by mail.

4. Petitioner believe this Motion/Application is **not** objected by the Plaintiffs.

5. Petitioner similarly experienced similar injustice, as outlined in the initial complaint against the defendants, and therefore, requesting this Honorable Court to grant this motion.

**WHEREFORE**, this Motion should be **granted** by the Court *sua sponte*.

*Thank you,*   *S. Burda*

**Steven Burda**
**1171 Thrush Lane**
**Audubon, PA 19403**

# POWER OF ATTORNEY

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SAMARA BERRIOS
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Feb 17, 2021

KNOW ALL BY THESE PRESENT THAT:

I, __Alina Burda_____, hereinafter referred to as **PRINCIPAL**, in the State of Pennsylvania, USA, does appoint _____Steven Burda_____ as a true and full lawful attorney. This appointee should have the full and unrestricted **Power of Attorney (POA)**.

In principal's name and for principal's use and benefit, said attorney is fully <u>authorized</u> hereby to:

**(1)** To demand, sue for, collect, act on behalf, and receive all money, debts, accounts, legacies, bequests, interest, dividends, annuities, and demands as are now or shall hereafter become due, payable, or belonging to principal, and take all lawful means, for the recovery thereof and to compromise the same and give discharges for the same;

**(2)** To buy and sell land, make contracts of every kind relative to land, any interest therein or the possession thereof, and to take possession and exercise control over the use thereof;

**(3)** To buy, sell, hypothecate, assign, transfer, and in any and all manner deal with goods, services, wares and merchandise, chooses in action, certificates or shares of capital stock, fund, bonds and other property in possession or in action, and to make, do, and transact all and every kind of personal **and/or <u>any and all</u> other business of whatever nature;**

**(4)** To execute, acknowledge, and deliver contracts of sale, escrow instructions, deeds, leases including leases for minerals and hydrocarbon substances and assignments of leases, covenants, agreements and assignments of agreements, mortgages and assignments of mortgages, conveyances in trust, to secure indebtedness or other obligations, and assign the beneficial interest thereunder, subordinations of liens or encumbrances, bills of lading, receipts, evidences of debt, releases, bonds, notes, bills, requests to re-convey deeds of trust, partial or full judgments, satisfactions of mortgages, and other debts, and other written instruments of whatever kind and nature, all upon such terms and conditions as said attorney shall approve.

Giving and granting to said attorney full power and authority to do all and every act and thing whatsoever requisite and necessary to be done relative to any of the foregoing as fully to all intents and purposes as principal might or could do if personally present or authorized.

**All that said POA, shall lawfully do or cause to be done under the authority of this power of attorney is expressly approved. A copy or fax copy of this document is acceptable.**

Dated: 12-01-2017 (document valid until revoked or replaced)     THIS DOCUMENT IS NOTORIZED.

/signature/ _A Burda_____     /signature/ _____

Print Name  Alina Burda_____      Print Name _____

Witness Name  Modou Ceesay_____    Witness Name  Jordong Pitner_____