```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CASSANDRA BAKER, et al.         :        CIVIL ACTION
                                :
          v.                    :
                                :
GLENN M. ROSS, P.C., et al.     :        NO. 17-4274
```

NOTICE

Please be advised that the Fairness Hearing scheduled for February 19, 2019 is rescheduled.  The Fairness Hearing will be held on **February 22, 2019 at 11:00 a.m.** before The Honorable Harvey Bartle III in Courtroom 16-A, United States District Court, 601 Market Street, Philadelphia, PA.

/s/ Kristin R. Makely
_____
Kristin R. Makely
Deputy Clerk to Judge Bartle
(267) 299-7389

DATED: January 30, 2019