# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSANDRA BAKER, CORRINE MORRIS, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GLENN M. ROSS, P.C. and GLENN M. ROSS<br><br>Defendants. | CIVIL ACTION<br>No.: 17-4274 |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Cassandra Baker and Corrine Morris, on behalf of themselves and all others similarly situated, move this Court for Final Approval of the Class Action Settlement reached in this matter. In support of their motion, Plaintiffs attach a memorandum of law, one exhibit, and a proposed order.

Dated: February 11, 2019

Respectfully submitted,

  /s/ Daniel Urevick-Ackelsberg

Charles M. Delbaum
*Admitted Pro Hace Vice*
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010

Nicholas E. Chimicles (Bar No. 17928)
Alison Gabe Gushue (Bar No. 203669)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 West Lancaster Ave
One Haverford Centre
Haverford, PA 19041
(610) 642-8500

Mary M. McKenzie, Esq. (Bar No. 47434)
Daniel Urevick-Ackelsberg, Esq.
(Bar No. 307758)
George Donnelly (Bar No. 321317)
PUBLIC INTEREST LAW CENTER
1709 Benjamin Franklin Parkway, 2nd Floor
Philadelphia, PA 19103
(215) 627-7100

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2019 service of a true and correct copy of the enclosed documents were served to counsel for Defendants via the electronic filing system.

/s/ Daniel Urevick-Ackelsberg
Daniel Urevick-Ackelsberg
PUBLIC INTEREST LAW CENTER
1709 Benjamin Franklin Parkway
2nd Floor
Philadelphia, PA 19103
